IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00493-MSK-PAC

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
DAVID J. JIMENEZ, and
JULIE M. JIMENEZ,

    Plaintiff(s),

v.

CUSTOM SEA LIFE, INC.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion for Extension of Time to Respond to Plaintiffs' Written Discovery Requests [filed July 27, 2005; Doc. No. 15] is **GRANTED** *nunc pro tunc* to **August 10, 2005**.

    IT IS **ORDERED** that the Stipulated Motion to Amend Scheduling Order [filed November 10, 2005; Doc. No. 17] is **denied as moot.**

    IT IS **ORDERED** that the Amended Stipulated Motion to Amend Scheduling Order [filed November 10, 2005; Doc. No. 18] is **GRANTED** as follows:

    Rule 26(a)(2) information exchange deadline is **January 18, 2006.**

    Rule 26(a)(2) rebuttal information is due **March 1, 2006.**

    IT IS **FURTHER ORDERED** that counsel shall, in the future, follow Judge Krieger's procedures and the Court's Electronic Filing Procedures, §V.L for the submission of proposed orders.

Dated:  November 17, 2005