IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00493-MSK-PAC

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
DAVID J. JIMENEZ, and
JULIE M. JIMENEZ,

    Plaintiff(s),

v.

CUSTOM SEA LIFE, INC.,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
February 14, 2006

    IT IS HEREBY

    **ORDERED** that defendant's Unopposed Motion to Amend Scheduling order, Doc. # 25, is **granted in part** and **denied in part** as follows.

    The expert discovery deadline is extended to **April 15, 2006** and complete rebuttal expert Rule 26(a)(2) information is to be provided no later than **March 1, 2006**.   It is further

    **ORDERED** that all counsel shall read Judge Krieger's Practice Standards Civil Actions (January 2006), §V. Motions Practice, for directions concerning the correct submission of unopposed motions and accompanying orders.