IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00493-MSK-PAC

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
DAVID J. JIMENEZ, and
JULIE M. JIMENEZ,

    Plaintiff(s),

v.

CUSTOM SEA LIFE, INC.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Motion to Vacate Settlement Conference dated August 24, 2006 (Doc. No. 47) is **GRANTED.**

    The Settlement Conference set for August 29, 2006 at 1:30 p.m. is *vacated.*

August 29, 2006