IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00493-MSK-PAC

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
DAVID J. JIMENEZ, and
JULIE M. JIMENEZ,

      Plaintiff(s),

v.

CUSTOM SEA LIFE, INC.,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      Pursuant to the request of both parties, IT IS HEREBY

      **ORDERED** that Custom Sea Life's Motion to Reconsider the Order of September 5, 2006 Granting Plaintiff's Motion to Reset Settlement Conference [filed September 8, 2006; Doc. No. 53] is **granted in part** as follows:

      The Settlement Conference set for October 26, 2006 is *vacated and reset* to **December 12, 2006 at 3:00 p.m.**

      Confidential Settlement Statements are due on or before **December 7, 2006,** and should be e-mailed to the Magistrate Judge at Coan_Chambers@cod.uscourts.gov.

      Confidential Settlement statements with attachments totaling over 15 pages shall be submitted to the Clerk's Office in an envelope labeled "Personal Materials" addressed to Magistrate Judge Patricia A. Coan.

      ***Counsel and parties with full authority to settle must be present.***

      In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

October 25, 2006