IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00493-MSK-PAC

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
DAVID J. JIMENEZ, and
JULIE M. JIMENEZ,

    Plaintiffs,

v.

CUSTOM SEA LIFE, INC.,

    Defendant.

## ORDER RESETTING HEARING

**IT IS ORDERED** that the Pre-Trial Conference set for **November 21, 2006 at 8:00 a.m.** is **VACATED** and reset to **November 27, 2006 at 1:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 14th day of November, 2006

                **BY THE COURT:**

                *Marcia S. Krieger*
                Marcia S. Krieger
                United States District Judge